IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL NO. 343, et al.<br><br>        Plaintiff,<br><br>  v.<br><br>ADAM CALVERT,<br><br>        Defendant.                  / | No. C 09-02733 CRB<br><br>**ORDER RE: LIQUIDATED DAMAGES CALCULATION** |

The Court is in receipt of Plaintiff's Motion for Default Judgment, as well as the papers filed in support thereof. Having carefully reviewed these papers, the Court requires a supplemental filing from Plaintiff. In no more than five (5) pages, Plaintiff shall explain to the Court whether liquidated damages of 10% (the amount currently sought) or 20% (the amount to be awarded under the contract if contributions remain unpaid on the day the legal action was filed) are appropriate. If Plaintiff concludes that liquidated damages of 20% are appropriate, Plaintiff shall clearly state the revised total sought in contributions, liquidated damages, interest and attorneys' fees. Plaintiff shall file this supplemental brief by September 10, 2009 at 4:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2009

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE