1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| U. A. LOCAL NO. 343, et al., | No. CV 09-02733 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ADAM CALVERT, | |
| Defendant. | |
| _____/ | |

17      The Court, having granted Plaintiff's motion for default judgment by Order filed

18  September 16, 2009, hereby enters judgment in favor of Plaintiff and against Defendant in

19  the amount of $6,469.81 ($2,188.18 in fringe benefit contributions, $837.64 in liquidated

20  damages, and $556.97 in interest, as well as $2,404.67 in attorneys' fees and $482.35 in

21  costs).

22      **IT IS SO ORDERED.**

23
24
25  Dated: September 16, 2009                      _____
                                                CHARLES  R. BREYER
26                                              UNITED STATES DISTRICT JUDGE
27
28

**United States District Court**
For the Northern District of California